**FILED**

3:47 pm, Jul 02, 2020

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _SOUTHERN_ DISTRICT OF _INDIANA_
_U.S. COURT HOUSE  921 OHIO STREET  TERREHAUTE, INDIANA 47807_

(Full name of plaintiff(s))

_RASHAD DALE MITCHELL_

vs

(Full name of defendant(s))

_OFC. GARDNER_

_THOMAS. WELLINTON_

_ALLEN. GARDNER_

_A. MCLAUGHLIN_
_MRS. PORTER_

Case Number:

2:20-cv-00338-JMS-DLP

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _INDIANA_, and is located at
   (State)

   _WABASH VALLEY CORRECTIONAL FACILITY  6908 S. OLD. U.S. HWY. 41 P.O.BOX 500_
   (Address of prison or jail)    _CARLISLE, IN 47838_

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _OFC. GARDNER ; ALLEN GARDNER ; T. WELLINGTON ; A. MCLAUGHLIN_
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of _____
(State, if known)
and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for WABASH VALLEY CORRECTIONAL FACILITY 6908 S. OLD U.S. HWY. 41 P.O. BOX 500 CARLISLE, IN 4783
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

THE PLAINTIFF RASHAD MITCHELL IS AN INMATE AT THE WABASH VALLEY CORRECTIONAL FACILITY IN CARLISLE, INDIANA. ON THE 1ST DAY OF JUNE 2020 MRS GARDNER WAS SENT A PHONE LIST CONTAINING A PHONE NUMBER THE PLAINTIFF HAD BEEN REQUESTING BE ADDED TO HIS PHONE LIST FOR A TOTAL OF THREE MONTHS. THE PLAINTIFF WENT THROUGH THE APPROPRIATE STEPS SET FOR ISSUES THAT ARISE IN THE DEPT. OF CORRECTIONS WITH STATE FORM 36935 TO COUNSELOR MCLAUGHLIN WHO REFERRED ME BACK TO MRS. GARDNER. WHO RESPONDED THAT THERE WAS A BLOCK ON THE NUMBER IN QUESTION. THE PLAINTIFF HAS OUTSIDE WITNESSES THAT CAN ATTEST TO THE REFUSAL TO COMPLY WITH THE PLAINTIFF'S REQUESTS WRIT ADMINISTRATORS TO KNOWINGLY AND MALICIOUSLY KEEP HIM FROM CONTACTING HIS FAMILY. A DIRECT VIOLATION OF THE PLAINTIFFS FIRST AMENDMENT. ON JUNE 3 2020 THE PLAINTIFF FILED A GRIEVANCE TO T. WELLINGTON CONCERNING THIS ISSUE AND WAS REFUSED THE RIGHT TO DUE GRIEVANCE PROCESS ONE ON THE 4 OF JUNE

AND AGAIN ON JUNE 9 2020. A DIRECT VIOLATION OF THE PLAINTIFFS RIGHTS AS A PRISONER ~~AMENDMENT~~. THESE VIOLATIONS WERE COMMITED AGAINST THE PLAINTIFF AS A WAY OF PUNISHMENT TO RETALATE AGAINST MANY BEHAVIORAL ISSUES THE PLAINTIFF WAS HAVING AT THE TIME. ALSO TO BE KNOWN THAT PHONE RESTRICTIONS HAD BEEN LIFTED DUE TO THE CO-VID19 PANDEMIC SO AS A MALICOUS ATTEMPT TO REPRIMAND THE PLAINTIFF THE (DEFENDENT(S) ALL ACTED IN CACULATED BENEFIT TO THE PERSONS IN QUESTION PERSONALLY IN ATTEMPTS TO FORCE COMPLIANCE FROM THE PLAINTIFF THUS THE PLAINTIFF SEEKING RELIEF FOR DAMAGES.

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

THE PLAINTIFF MITCHELL IS SEEKING $300,000∞ TO BE AWARDED TO HIM FOR THE MENTAL AND PHYSICAL ANGUISH CAUSE BY THE MONTHS SPENT WITHOUT CONTACT WITH HIS FAMILY. IN ADDITION THE DEPARTMENT BE PROHIBITED FROM ABUSING AUTHORITY ALL THE WHILE VIOLATING RIGHT SET IN PLACE FOR THE SAFTEY AND SECURITY AND WELLBEING OF THE INMATES. AS WELL AS ALL DEFENDANT(S) BE ORDERED TO BE RETRAINED ON FACILITY POLICY AND GUIDLINES SET FORTH FOR THE SAFTEY OF THE STAFF AS WELL AS THE INMATES.

E.   **JURY DEMAND**

☒ RM
Jury Demand – I want a jury to hear my case
OR

☑ Court Trial – I want a judge to hear my case

Dated this __29__ day of __JUNE__ 20_20_.

Respectfully Submitted,

_Raphael M_____
Signature of Plaintiff

_Russell    200756_
Plaintiff's Prisoner ID Number

___WABASH  VALLEY  CORRECTIONAL  FACILITY___

___P.O. BOX 1111  CARLISLE, INDIANA  47838-1111___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.