**FILED**

**6:02 pm, Jul 21, 2020**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

RASHAD DALE MITCHELL

— v —

GARDNER, et al.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

2:20-cv-0038-JMS-DLP

## MOTION FOR DEFAULT JUDGEMENT

THE PLAINTIFF IS REQUESTING DEFAULT JUDGEMENT FOR THE FAILURE BY THE DEFENDANT(S) TO REBUTTAL THE COMPLAINT SET FORTH BY THE PLAINTIFF.

x Rashad Mitchell                                         7.14.20

Rashad Mitchell #200756
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838