UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RASHAD DALE MITCHELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:20-cv-00338-JMS-MG |
| JENNIFER GARDNER, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court having this day issued its Entry directing the entry of final judgment, now enters FINAL JUDGMENT and this action is **dismissed**.

Date: 11/23/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

RASHAD DALE MITCHELL
200756
MARION COUNTY JAIL II
MARION COUNTY JAIL II
Inmate Mail/Parcels
730 East Washington Street
Indianapolis, IN 46202

All Electronically Registered Counsel